

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2025

No. 04-25-00140-CV

In re Larry **MOORE** and Janis Moore, Relators

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

On March 3, 2025, relators Larry Moore and Janis Moore filed a petition for writ of mandamus. After considering the petition and real party in interest Zurich American Insurance Co.'s response, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 21, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024CV06244, styled *Larry Moore and Janis Moore v. Zurich American Insurance Co., Sabas Garcia Pena, and RWE Energy Wholesale Service, Inc.*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Cesar Garcia presiding.